UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO GONZALES-VILLEGAS,<br>Petitioner,<br>v.<br>BRUCE SCOTT et. al,,<br>Respondent. | CASE NO. 2:26-cv-02187-JHC<br>ORDER |

This matter comes before the Court on Ricardo Gonzalez-Villegas's Petition for Writ of Habeas Corpus. Dkt. # 1. The Court has reviewed the materials filed in support of and in opposition to the Petition, the rest of the record, and the governing law. For the reasons below, the Court GRANTS the Petition. Dkt. # 3.

Respondents concede that Petitioner is a member of the Bond Denial Class as established in *Rodriguez Vasquez v. Bostock*, 802 F. Supp. 3d 1297, 1309 (W.D. Wash. 2025), *affirmed*, __ F.4th __, 2026 WL 2196424, (9th Cir. July 30, 2026), and therefore is entitled to a bond hearing. *See id.* at *12 ((“[W]e conclude that aliens present without admission who are apprehended in

the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A).”)); Dkt. # 6. The Court agrees.[1]

For these reasons, the Court GRANTS the habeas petition. Dkt. # 3. The Court further ORDERS:

1. Respondents must provide Petitioner with a bond hearing within 14 calendar days of this order. This bond hearing shall comply with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011)—there must be a contemporaneous record of the hearing, and the government bears the burden of proving by clear and convincing evidence that petitioner is a flight risk or danger to the community;
2. Alternatively, or if the bond hearing does not occur within 14 calendar days of the order, Respondents shall immediately release petitioner under appropriate conditions of release.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party’s last known address.

Dated this 19th day of August, 2026.

John H. Chun
United States District Judge

[1] For the reasons stated by Respondent, the Court agree Petitioner has not shown he is entitled to immediate release. *See* Dkt. ## 1, 6.